UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD D. YOUNG, § | |
|    Plaintiff, § | |
| v. § | No. 3:16-CV-00543-N-BF |
| DALLAS INDEPENDENT § | |
| SCHOOL DISTRICT and § | |
| ZACHARY HALL, § | |
|    Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment [ECF No. 26] is **GRANTED**.

**SO ORDERED,** this 27th day of September, 2017.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1