IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD D. YOUGG, | § | |
| Plaintiff, | § § § | |
| v. | § | Case No. 3:16-CV-543-N (BT) |
| DALLAS INDEPENDENT SCHOOL DISTRICT and ZACHARY HALL, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 3, 2018. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff Richard D. Young's Second Amended Motion to Proceed *In Forma Pauperis* (ECF No. 59) is DENIED.

**SO ORDERED,** this 14th day of September, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE